SAMUEL SILVER, as Trustee in Bankruptcy of SOLOW & GLASS, INC., Appellant, v. EMANUEL LIEBERMAN and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ALBERT E. STORR, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PATRICK WALSH, Respondent, v. PHILIP L. SHAPIRO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JACOB L. WOLLENBERG and LOUIS J. WOLLENBERG, Copartners in Business under the Firm Name and Style of WOLLENBERG & SON, Appellants, v. PEARL-WILLOUGHBY CORPORATION, Respondent. (Action No. 2.) — Order denying plaintiffs' motion for summary judgment reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No issue of fact remains to be tried. Under the circumstances disclosed by this record, plaintiffs' right to recover for each year involved a separate and distinct claim. The judgment in the prior action established, *first*, that the plaintiffs were duly licensed real estate brokers; *second*, that the defendant is the owner of the premises leased; *third*, that the lease was made; and, *fourth*, that plaintiffs were the procuring cause. The plaintiffs are entitled to recover for the second year at the rate shown. The Statute of Frauds ■ is no defense. Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent upon the ground that plaintiffs had but one cause of action, namely, a cause of action for the value of their services in procuring the lease in question.

ADA WRIGHT, Appellant, v. MAUDE A. WRIGHT, Respondent, Impleaded with CLARA DOUGHTY and CATHERINE B. SCHERVEE, Defendants, and STEPHEN C. BEDELL and MARY BEDELL, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.